**Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00745-CV

_____

**JORGE ALFREDO CANTU, Appellant**

**V.**

**JOSE A. RAMOS, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1075256**

---

## O R D E R

The notice of appeal in this case was filed September 14, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 14, 2016.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM